UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3814 ODW(AJWx) | | Date | August 3, 2010 |
|---|---|---|---|---|
| Title | L.A. Printex Industries, Inc. v. Charlotte Russe, Inc. et al | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [43] filed August 3, 2010.The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 20, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Pretrial Conference scheduled August 9, 2010 at 3:30 p.m., the Motions In Limine hearing scheduled for August 23, 2010 at 4:00 p.m., the Jury Trial scheduled for August 31, 2010 at 9:00 a.m. and all related filing deadlines are hereby VACATED.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |